**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
NOEL DIAZ,

               Plaintiff,

   -against-                                 24 **CIVIL** 8607 (KMW)

                                        **JUDGMENT**

MOSES DIVISION HOSPITAL EMERGENCY
DEPARTMENT, JON DOE, JANE DOE, and
JAMES DOE,

               Defendants.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 21, 2025, the Court has dismissed Plaintiff's complaint, filed IFP under 28 U.S.C. § 1915(a)(1), for failure to state a claim. See 28 U.S.C. 1915(e)(2)(B)(ii). The Court certifies under 28 U.S.C. 1915(a)(3) that any appeal from the Order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

**Dated:** New York, New York

      July 22, 2025

                                               **TAMMI M. HELLWIG**
                                                  **Clerk of Court**

         **BY:**                 *K. Mango*

                                                    **Deputy Clerk**